FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

May 28, 2020

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| UNITED STATES OF AMERICA, | No. 2:19-CR-0214-WFN-1 |
|---|---|
| Plaintiff, | |
| -vs- | ORDER DISMISSING INDICTMENT WITHOUT PREJUDICE |
| PEDRO VENTURA-GUERRERO, | |
| Defendant. | |

Pending before the Court is the Government's Motion for Order of Dismissal Without Prejudice. ECF No. 57. The Court has reviewed the file and Motions and is fully informed. Accordingly,

**IT IS ORDERED** that:

1. Government's Motion for Order of Dismissal Without Prejudice, filed May 27, 2020, **ECF No. 57**, is **GRANTED**.

2. The Indictment is **DISMISSED without prejudice**.

3. Defendant's Motion to Dismiss, filed May 18, 2020, **ECF No. 54**, is **DENIED AS MOOT**.

4. Though all pending hearings/ deadlines are stricken in this case, the parties should note that 2:20-CR-0014-WFN **remains pending** so the parties should plan to appear at the **June 2, 2020** pretrial conference.

The District Court Executive is directed to file this Order and provide copies to counsel.

**DATED** this 28th day of May, 2020.

WM. FREMMING NIELSEN
SENIOR UNITED STATES DISTRICT JUDGE

05-28-20

ORDER